IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID DICIO, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs | ) | Civil Action No. 15-676 |
| | ) | Judge Fischer |
| WELLS FARGO BANK, N.A., and SCOTT PETERSON, | ) | Magistrate Judge Mitchell |
| | ) | |
|     Defendants. | ) | |

## O R D E R

AND NOW, this 7th day of December, 2015, after the Plaintiff, David DiCio, filed an Amended Complaint in the above-captioned case, and after a motion to dismiss was submitted by the Defendants, Wells Fargo Bank, N.A. and Scott Peterson, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties a period of time after being served with a copy to file written objections thereto, upon consideration of the objections filed by the Defendants and the response to those objections filed by the Plaintiff, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (ECF No. 27), which is adopted as the opinion of this Court,

IT IS ORDERED that Defendants' motion to dismiss the Amended Complaint (ECF No. 16) is denied.

s/Nora Barry Fischer
Nora Barry Fischer
United States District Judge